# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY LEE CROSS,
                  Appellant,

vs.

THE STATE OF NEVADA,
                  Respondent.

No. 74940

**FILED**

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to remove enhancement of special sentence of lifetime sentence of supervision pursuant to NRS 214.1243." Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-08859

cc: Hon. Kerry Louise Earley, District Judge
Jerry Lee Cross
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk